*Rev. November 10, 2015*

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW MEXICO**
**SENTENCING MINUTE SHEET**
**BEFORE THE HONORABLE DAVID HERRERA URIAS**

| | | | |
|---|---|---|---|
| CR No: | 25-116 DHU | USA vs. | Johnson |
| Date: | 9/1/26 | Defendant: | Tajahne Johnson |

| | | | |
|---|---|---|---|
| Time In/Out: | 10:09-10:25 AM | Total Time in Court: | 16 minutes |
| Clerk: | J. Gonzales | Court Reporter: | S. Silva |
| AUSA: | Timothy Trembley | Defendant's Counsel: | Sarah Gorman, Monnica Barreras |
| Courtroom: | Mimbres | Probation Officer: | Jason Hunt |
| Interpreter: | n/a | Interpreter Sworn? | ☐ Choose an item. |

| | | | | | | |
|---|---|---|---|---|---|---|
| Convicted on: | Plea | | As to: | Information | Counts: | |
| Guilty Plea: | | | Plea Agreement: | Accepted | | |
| Date of Plea/Verdict: | 3/6/26 | PSR: Not Disputed | ☒ | Courts adopts PSR Findings | Evidentiary Hrg: | Not Needed |
| Exceptions to PSR: | | | | | | |

**SENTENCE IMPOSED**

| | | | | | |
|---|---|---|---|---|---|
| **IMPRISONMENT (BOP):** | 36 months | | | | |
| ☐ | 500-Hour Drug Program | ☐ | BOP sex-offender treatment program | Other: | |
| **SUPERVISED RELEASE:** | 1 year | | | ☒ | Mandatory/Standard Conditions |

**SPECIAL CONDITIONS OF SUPERVISION**

| | | | |
|---|---|---|---|
| ☒ | Parties have reviewed the standard and special conditions listed in Attachment A to PSR. Doc. | ☒ | Parties have no objections to the conditions listed in Attachment A. |
| ☒ | Parties waive reading of conditions. | ☒ | Conditions are imposed as listed in Attachment A to the PSR to include the justification and nexus of the conditions listed. |

**MONETARY PENALTIES / FORFEITURES**

| | | | | | | |
|---|---|---|---|---|---|---|
| Fine: $ | -0- | Restitution: $ | -0- | SPA: $ | 100.00 | Due Immediately |
| Forfeit rights title & interest to: | | | Consistent with a stipulation in the plea agreement, the defendant forfeits her rights, title, and interest in all assets and properties outlined in paragraph 22(a) of the plea agreement. | | | |

**OTHER**

| | | | |
|---|---|---|---|
| ☒ | Waived Appeal Rights per Plea Agreement | ☒ | Remanded |
| ☒ | Recommended place(s) of incarceration: FCI Phoenix, AZ or a FCI with camp facility or FCI Victorville, CA | | |
| ☐ | Dismissed Counts: | | |

**PROCEEDINGS**

Ms. Gorman addresses Court re: plea agreement; Mr. Trembley addresses Court re: plea agreement; defendant addresses Court.